**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7110**

———————

JAMES EDMOND WATTS,

Plaintiff - Appellant,

versus

OCTAVIA JOHNSON, Sheriff,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.    Samuel G. Wilson, District
Judge.   (7:07-cv-00323-sgw)

———————

Submitted:  October 18, 2007        Decided:  October 26, 2007

———————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Edmond Watts, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edmond Watts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Watts v. Johnson</u>, No. 7:07-cv-00323-sgw (W.D. Va. July 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>